UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED RENTALS NORTHWEST, INC., | NO. CIV. S-10-1705 FCD JFM |
| Plaintiff, | |
| v. | **ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS** |
| NICA DMT, INCORPORATED, | |
| Defendant. | |

----oo0oo----

The court issued a Minute Order on March 23, 2011, instructing plaintiff to file a declaration on or before April 6, 2011, as to the status of this case. As of today's date, plaintiff has not filed a declaration, or any further filings. Accordingly, the court makes the following orders:

1.  Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for his failure to comply with the court's order, and why plaintiff's case should not be dismissed for failure to prosecute.

2.   Plaintiff's counsel shall file a response to the order to show cause on or before April 29, 2011.

3.   A hearing on this order to show cause is set for Friday, May 13, 2011 at 10:00 a.m.

IT IS SO ORDERED.

DATED: April 12, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE