UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED RENTALS NORTHWEST, INC., <br><br> Plaintiff, <br><br> v. <br><br> NICA DMT, INCORPORATED, <br><br> Defendant. <br> _____/ | No. CIV. S-10-1705 FCD JFM <br><br><br> **<u>ORDER IMPOSING SANCTIONS AND DISMISSING CASE</u>** |

On April 13, 2011, plaintiff'S counsel was ordered to show cause why he should not be sanctioned in the amount of $150.00 for failure to comply with the court's orders, and why plaintiff's case should not be dismissed for failure to prosecute. The court ordered counsel to file a response to the Order to Show Cause on or before April 29, 2011.  Plaintiff's counsel has failed to file any response.

The court therefore makes the following orders:

1. Plaintiff's counsel, Neil Sholander, shall pay sanctions in the amount of **$150.00**.  The sum is to be paid personally by him not later than **fourteen (14) days** from the filing of this Order.

2. This sanction is personal to the attorney, is to be borne by him personally, and is not to be transmitted to the client by way of a charge of attorney's fees and/or costs.

3. Plaintiff's case is dismissed for failure to prosecute, Fed. R. Civ. P. 41(b), and for failure to respond to this court's orders, <u>Ferdik v. Bonzelet</u>, 963 F.2d 1258, 1260-61 (9th Cir. 1992). With respect to dismissal for failure to follow court orders, the court has reviewed the five factors set forth in <u>Ferdik</u> and finds that each warrants dismissal of Plaintiff's case.

4. The Order to Show Cause hearing set for May 13, 2011 is hereby VACATED.

IT IS SO ORDERED.

DATED: May 2, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE